**KAZEROUNI LAW GROUP, APC**
Gor Antonyan, Esq. (SBN: 354718)
gor@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin (SBN: 253265)
david@kazlg.com
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Paolo Marchica

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAOLO MARCHICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CLARITY DEBT RESOLUTION, INC;<br><br>    Defendant. | **Case No.**: 2:25-cv-02973-MAR<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO STAY** |

NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO STAY

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff Paolo Marchica and Defendant Clarity Debt Resolution, Inc. (collectively, "Parties") has been resolved as a result of settlement reached between the Parties. The Parties anticipate filing a Joint Stipulation of Dismissal with prejudice within sixty (60) days. The Parties respectfully request that the Court vacate all pending dates and deadlines, and set a deadline on or after September 30, 2025, for Parties to file the dismissal.

Dated: August 1, 2025                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: *Gor Antonyan*
Gor Antonyan, Esq.
*Attorneys for Plaintiff*

**COZEN O'CONNOR**

By: *Brett D. Watson*
Brett D. Watson, Esq.
*Attorneys for Plaintiff*

NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO STAY

## <u>SIGNATURE VERIFICATION</u>

I, Gor Antonyan, hereby certify that the content of this document is acceptable to all counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

*/s/ Gor Antonyan*

Gor Antonyan, Esq.

NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO STAY