**KAZEROUNI LAW GROUP, APC**
Gor Antonyan, Esq. (SBN: 354718)
gor@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin (SBN: 253265)
david@kazlg.com
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Paolo Marchica

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PAOLO MARCHICA,

Plaintiff,

vs.

CLARITY DEBT RESOLUTION, INC;

Defendant.

**Case No.**: 2:25-cv-02973-MAR

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that pursuant to the Parties' settlement and Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Paolo Marchica voluntarily dismisses **with prejudice** the above-entitled action against Clarity Debt Resolution, Inc. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: September 2, 2025

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: *Gor Antonyan*
Gor Antonyan, Esq.
gor@kazlg.com
*Attorneys for Plaintiff*

KAZEROUNI LAW GROUP, APC